

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8478

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Adolfo OSUNA Hernandez. | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about May 27, 2008, within the Southern District of California, defendant Adolfo OSUNA-Hernandez. did knowingly and intentionally import approximately 82.34 kilograms (181.14 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28th DAY OF MAY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Adolfo OSUNA-Hernandez.

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On May 27, 2008, at approximately 0645 hours, Adolfo OSUNA-Hernandez entered the United States at the Calexico, California, West Port of Entry. OSUNA was the driver of 1996 Dodge Ram.

Customs Border Protection Officer Morse received a negative oral Customs Declaration from OSUNA. OSUNA stated he was on his way to work and did not own the vehicle. Officer Morse noticed OSUNA appeared to be overly friendly during the inspection. Officer Morse noticed what appeared to be a depth discrepancy in the camper shell on the bed of the vehicle. Officer Morse escorted OSUNA and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Farrier received a negative oral Customs declaration from OSUNA. OSUNA stated the vehicle belonged to a friend, but could not give Officer Farrier his name. Canine Enforcement Officer (CEO) Alba screened the vehicle for contraband with his assigned Human Narcotic Detector Dog (HNDD). CEO Alba noted his HNDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed sixty (60) packages in the roof of the camper shell and spare tire of the vehicle. Officer Farrier probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The sixty packages had a combined net weight of approximately 82.34 kilograms (181.14 pounds) of marijuana.