**FEDERAL DEFENDERS OF SAN DIEGO, INC.**

FILED
JUL 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

July 10, 2008

<u>Re: USA v. Adolfo OSUNA-Hernandez</u>  08MJ8478

The Federal Community Defender Organization for the Southern District of California

Dear Judge Lewis,

We, the sureties on the bond of Mr. Adolfo Osuna-Hernandez, agree to the court's modification of his bond conditions allowing him to travel to the country of Mexico for the purpose of visiting his family at the discretion of U.S. Pretrial Services.

We, understand that this changes the terms of the agreement that we signed and agree to continue to act a sureties on the bond with the changed conditions.

_[signature]_
Susie Flores

_[signature]_
Marcos Ozuna

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
**(619) 234-8467**
**FAX (619) 687-2666**